JOHN MENKE, Respondent, *v.* EDWARD J. H. TAMSEN, as Sheriff, Etc., Respondent, and LOUIS S. FIRETAG et al., Appellants.

APPEAL by Louis S. Firetag and Abraham Firetag from so much of an order granting a motion made by them for leave to intervene as parties defendant, as requires them to furnish security for costs.

Aaron. Morris, for appellants.

O'DWYER, J. Part of order appealed from reversed, with costs. See Uhlfelder v. Tamsen, 18 Misc. Rep. 173; 40 N. Y. Supp. 372; Herzog v. Tamsen, and others, decided at this term.

FITZSIMONS, Ch. J., concurs.

Order reversed, with costs.